

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2019

No. 04-18-00610-CV

Michael P. **GEARY,** Independent Executor of the Estate of Joseph William Geary, Jr., Deceased and Falcon Energy, Inc.,
Appellants

v.

**TOW BOW RANCH LIMITED PARTNERSHIP,** Two Bow Management, LC and Ronald L. Toms, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03609
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellees' Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to May 6, 2019. **Further requests for extension of time in which to file appellees' brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court